IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3003 |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN CARLOS SORIANO-DE LA CRUZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Because it is likely that a time-served sentence will be imposed,

IT IS ORDERED that no tentative findings will be issued.

DATED this 14th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge